```
FILED
CLERK, U.S. DISTRICT COURT

November 19, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY
```

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIJIANG CHEN, an individual, aka JIMMY CHEN,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire corporation, SAFECO INSURANCE COMPANY OF ILLINOIS, an Illinois corporation, LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02364-SB-ASx<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Court, having reviewed and considered the Parties' Stipulation of Dismissal With Prejudice (ECF Doc. 21), and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby (i) grants and approves the stipulation and (ii) orders that the above-captioned action be and is dismissed in its entirety with prejudice, with

1 | each party to bear their own attorneys' fees and costs.

3 | IT IS SO ORDERED.

4 | DATED: ___November 19, 2020

_____
HON. STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE